E. LYNN SCHOENMANN, Trustee
POB 26270
SAN FRANCISCO CA 94126-6270

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

FILED
AUG 26 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: ) Case No. 08-30173 STC
)
BRYCO FUNDING INC ) NOTICE OF UNCLAIMED FUNDS
)
)
Debtor(s) )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the trustee in the above captioned case hereby turns over to the court, an unclaimed fund in the amount of $1,021.31. The name and address of the creditor entitled to the unclaimed fund is as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| 16 | HANSEN QUALITY LLC<br>9339 CARROL PARK DR STE 100<br>SAN DIEGO CA 92121-3250 | $1,021.31 | (CK#3028) |

TOTAL UNCLAIMED FUNDS                    $1,021.31    (CK#3062)

DATED:   August 24, 2011         BY: [signature]
                                 E. LYNN SCHOENMANN
                                 TRUSTEE